IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **SAMANTHA MALONE, HOLLY KIMMONS, MARK BLEDSOE, ANDY FENNELL, and TRAVIS MOSELY,** | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 5:16-CV-00483-LCB<br>) |
| **CITY OF DECATUR, ALABAMA, EMILY BAGGETT, CHRISTY MILLER, and PROFESSIONAL PROBATION SERVICES,** | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## 3rd MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DISPOSITIVE MOTIONS AND CLASS CERTIFICATION

Plaintiffs Samantha Malone, Holly Kimmons, Mark Bledsoe, Andy Fennell, and Travis Mosley ("Plaintiffs") move the Court to (1) extend the deadline for Plaintiffs to respond to Defendants' dispositive motions and for Defendants to respond to Plaintiffs' Motion for Class Certification by two days from February 12, 2002 January until February 14, 2020 and (2) extend the deadline for reply briefs to February 28, 2020.  In support of this Motion, counsel for plaintiffs show the Court as follows:

1. Plaintiffs' counsel seek this short two day extension of time and no plan to seek any further extensions because of other case deadlines, and medical appointments.

2. Tomorrow morning, counsel has two UAB medical appointments one at the Coumadin Clinic as part of his medication monitoring protocol for certain heart failure patients and a separate appointment with a UAB Oral Surgeon. Depending on wait times, the appointments could take most of the morning.

3. The last week has been busy with concurrent obligations. On Monday, counsel filed their 11th Circuit Brief in Tamba v. Public Super Markets 19-14108.

4. Last Friday counsel defended an all day deposition in Robinson v. Wal-Mart, 2:19-cv-00856-ACA.

5. Last Thursday, counsel traveled to Huntsville for a status conference in Perry v. Acquate Corporation, 2:19-cv-000467-LCB.

6. The Motion is not filed for purposes of delay and no party will be prejudiced by a short two day extension of time to file the responses.

7. Because the prior extension requests included all response deadlines be extended, counsel also includes the defendant's deadline to respond to class certification as well.

**WHEREFORE PREMISES CONSIDERED**, the plaintiffs request the Court enter an Order extending the deadline for responses to dispositive motions and class certification motions until February 14, 2020 and extending the deadline for replies until February 28, 2020.

Respectfully submitted,

/s Lee Winston
Lee Winston (ASB-6407-072L)
Roderick T. Cooks (ASB-5819-O78R)
WINSTON COOKS, LLC
505 North 20th Street
Suite 815 Financial Center
Birmingham, AL   35203
rcooks@winstoncooks.com
lwinston@winstoncooks.com

Byron R. Perkins (ASB-0183-N75B)
Terrinell Lyons (ASB-0346N46T)
PERKINS LAW, LLC
The Civic Center Medical Forum Bldg.
950 22nd Street North, Suite 82  Birmingham, Alabama 35203 bperkins@perkins-law.com
tlyons@perkins-law.com

## CERTIFICATE OF SERVICE

I certify that on February 11, 2020 the foregoing was filed via the Court's Electronic Filing System which will notify all persons registered to receive the filing.

s/Lee Winston