# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SAMANTHA MALONE, et al.**     ) | |
| )  | |
| **Plaintiffs**     ) | **CIVIL ACTION NO.:** |
| ) | **5:16-cv-00483-LCB** |
| **v.**     ) | |
| ) | |
| **CITY OF DECATUR, ALABAMA, et al.** ) | |
| **A Municipality**     ) | |
| ) | |
| **Defendants**     ) | |
| ) | |

## MOTION TO SEAL AND SUBSTITUTE

Plaintiffs Samantha Malone, Travis Mosley, Holly Kimmons, Mark Bledsoe, and Andy Fennell, through counsel move to seal previously filed Exhibit 3 PPS Case Records [filed as Doc. 130-3, 130-4, 130-5, 130-6] and substitute with the attached Exhibit 3.

It is possible to discern personal identifier information on certain documents within the filing, the attached Exhibit 3 corrects the error.

**Wherefore premises considered**, counsel requests the attached Exhibit 3 be substituted and the current Exhibit 3 be sealed.

Respectfully submitted,

                                                        /s/ Lee D. Winston
                                                        Lee D. Winston
                                                        Roderick T. Cooks
                                                        Byron R. Perkins
                                                        Terrinell Lyons
                                                        Counsel For Plaintiffs

**OF COUNSEL:**
WINSTON COOKS, LLC
Financial Center
505 20th Street North
Suite 815
Birmingham, Alabama 35203
205.502.0970

Byron R. Perkins Esq.
Perkins-Law, LLC
Civic Center Medical Forum Building
920-22nd Street N., Suite 825
Birmingham, AL. 35203
205.558.4696

Terrinell Lyons-Edwards
The Law Offices of
Terrinell Lyons
612 S. Court Street
Florence, AL 35630
205.768.0340