

FILED

2020 Jul-17  PM 06:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **SAMANTHA MALONE, HOLLY KIMMONS, MARK BLEDSOE, ANDY FENNELL, and TRAVIS MOSELY,** | ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | ) **Civil Action No. 5:16-CV-00483-LCB** ) |
| **CITY OF DECATUR, ALABAMA, EMILY BAGGETT, CHRISTY MILLER, and PROFESSIONAL PROBATION SERVICES,** | ) ) ) ) |
| **Defendants.** | ) ) ) |

## MOTION TO RESCHEDULE JULY 31, 20202 HEARING OR IN THE ALTERNATIVE ALLOW FOR ATTENDANCE BY ZOOM

Plaintiffs Samantha Malone, Holly Kimmons, Mark Bledsoe, Andy Fennell, and Travis Mosley ("Plaintiffs") request the Court reschedule the hearing set for July 31, 2020 to sometime after August 17, 2020[1], or in the alternative allow for attendance by Zoom.  As grounds for this motion counsel states as follows:

---

[1] Currently starting on August 11, 2020, counsel has a trial scheduled to begin in <u>Pride-Fort v. North American Lighting Inc,</u> 3:17-cv-01203-MHH.

1.  The case is set for a hearing on July 31, 2020 in Huntsville, Alabama.

2.   On that date undersigned is scheduled to be visiting relatives who live out of state.  Counsel has been unable to visit since the pandemic began.

3.  While there are co-counsel on the case, undersigned had substantial briefing responsibility for the pending motions and would like to be present at the hearing.

4.   Counsel for the City of Decatur has been contacted, does not oppose the motion and for any rescheduling purposes reports conflicts on August 20, 25, 26.

5.   Counsel for Professional Probation Services has been contacted, does not oppose the motion and for any rescheduling purposes reports conflicts on August 27 and 28.

**WHEREFORE PREMISES CONSIDERED**, the plaintiffs request that July 31, 2020 hearing be rescheduled or in the alternative allow attendance by Zoom.


 Respectfully submitted,

/s/ Lee Winston
Lee Winston
Roderick T. Cooks
WINSTON COOKS, LLC
505 North 20th Street
Suite 815 Financial Center
Birmingham, AL  35203

Byron R. Perkins (ASB-0183-N75B)
PERKINS LAW, LLC
The Civic Center Medical Forum Bldg.
950 22nd Street North, Suite 82
Birmingham, Alabama 35203

Terrinell Lyons-Edwards
The Law Offices of Terrinell Lyons
612 S. Court Street
Florence, AL 35630

## **CERTIFICATE OF SERVICE**

I certify that on July 17, 2020 the foregoing was filed via the Court's Electronic
Filing System which will notify all persons registered to receive the filing.

s/Lee Winston