FILED
2020 Aug-28 PM 01:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| SAMANTHA MALONE, HOLLY KIMMONS, MARK BLEDSOE, ANDY FENNELL, and TRAVIS MOSELY, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.:<br>) 5:16-CV-00483-LCB |
| CITY OF DECATUR, ALABAMA, and PROFESSIONAL PROBATION SERVICES, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO DISMISS CLAIMS AGAINST CITY OF DECATUR, AL

COME NOW Plaintiffs and, pursuant to Fed. R. Civ. P. 41(a)(2), move the Court to dismiss all claims against the City of Decatur, Alabama, with prejudice. Plaintiffs further state that the City of Decatur does not object to this dismissal and joins in the request that such claims be dismissed with prejudice.

Plaintiffs do not dismiss, and instead continue to prosecute, their separate claims against Professional Probation Service.

s/ Lee David Winston
Lee David Winston

WINSTON COOKS
505 20th Street North Suite 815
Birmingham, AL 35203
205-502-0940
Fax: 205-278-5876
lwinston@winstoncooks.com

s/ David J. Canupp<br>David J. Canupp

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: djc@LanierFord.com

Attorneys for Defendant City of Decatur, Alabama

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

Byron R Perkins
PERKINS LAW
The Civic Center Medical Forum Building
950 22nd Street North, Ste. 550
Birmingham, AL 35203
205-558-4696
Fax: 205-759-3669
bperkins@perkins-law.com

Terrinell Lyons
LYONS LAW FIRM, INC.
612 South Court Street
Florence, AL 35630
256-768-0340
Fax: 256-768-0346
terrinelllyons@aol.com

Bryan A Grayson
LLOYD, GRAY, WHITEHEAD & MONROE, PC
880 Montclair Road, Ste. 100
Birmingham, AL 35213
205-967-8822
Fax: 205-967-2380
bgrayson@lgwmlaw.com

Roderick T Cooks
WINSTON COOKS LLC
Two 20th Street North, Suite 1330
Birmingham, AL 35203

205-502-0970
Fax: 205-278-5876
rcooks@winstoncooks.com

Robert L. Wiggins, Jr.
WIGGINS, CHILDS, QUINN & PANTAZIS LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
rwiggins@wcqp.com

Stephen E Whitehead
Devon Kehres Rankin
Allison R. Bendall
LLOYD GRAY WHITEHEAD & MONROE PC
2501 20th Place South, Suite 300
Birmingham, AL 35223
205-967-8822
Fax: 205-402-4085
steve@lgwmlaw.com
drankin@lgwmlaw.com
abendall@lgwmlaw.com

     on this the 28th day of August, 2020.

s/ Lee David Winston<br>Lee David Winston